```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 15302
    SHIRLEY MCFARLAND
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6442


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/16/2008 and was not confirmed.

    The case was dismissed without confirmation 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
EMC MORTGAGE               NOTICE ONLY    NOT FILED           .00             .00
ACCREDITED HOME LENDDERS   NOTICE ONLY    NOT FILED           .00             .00
EMC MORTGAGE CORPORATION   CURRENT MORTG        .00           .00             .00
EMC MORTGAGE CORPORATION   SECURED NOT I   57681.56           .00             .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                       .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
    Dated: 10/23/08            _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```